IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAN W. HARRIS                                                                       PLAINTIFF

VS.                                            NO. 1:03CV659-D-D

TRANSAMERICA LIFE INSURANCE COMPANY            DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)      the Defendant's motion for summary judgment (docket entry 20) is GRANTED;

(2)      the claims of Plaintiff Jan Harris shall be DISMISSED with prejudice;

(3)      the Defendant's motion for reconsideration (docket entry 27) is MOOT; and

(4)      this case is CLOSED.

All itemizations, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 13th day of July 2005.

                                                         /s/ Glen H. Davidson
                                                         Chief Judge